IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
*****************************************

UNITED STATES,

        Plaintiff,

vs.

LYNDSAY E. JOHNSON,

        Defendant.

*****************************************

Civil Action No. 13-CV-499
(FJS/TWD)

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned civil proceeding, that the above-captioned proceeding shall be dismissed without prejudice and without costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: May 29, 2014

        Lyndsay Taber, *Pro Se*
        5141 State Highway 812
        Ogdensburg, NY 13369

Dated: June 2, 2014

RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261-7198

By: William F. Larkin
Assistant U. S. Attorney
Bar Roll No. 102013

**SO ORDERED:**

DATED: June 3, 2014
Syracuse, New York

Hon. Fredrick J. Scullen, Jr.
Senior U.S. District Court Judge